UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**HOWARD LITTELL,**

    **Plaintiff,**

**v.**                                                              **Case No. 8:03-cv-2539-T-17TBM**

**JOHNNIE B. BYRD, et al.,**

    **Defendants.**
_____/

## O R D E R

THIS MATTER is before the court on **Defendants', Gray Robinson, P.A. and Janet Stuart, Motion and Incorporated Memorandum in Support of Motion to Compel Compliance with Subpoena Duces Tecum Issued to NCT Group CPA's, L.L.P. and Jean Sledge, CPA** (Doc. 102).  By their motion, Defendants seek an Order compelling non-parties Jean Sledge, CPA and/or the NCT Group CPA's, L.L.P. (hereinafter "NCT Group") to produce documents in accordance with a subpoena duces tecum issued on November 16, 2005.  Defendants contend that Ms. Sledge and/or the NCT Group have refused to produce documents based on an improper assertion of Florida's accountant-client privilege.  Ms. Sledge and NCT Group respond that they are legally obligated by Florida law to withhold the disputed records from production unless the court orders otherwise.  (Doc. 104).  Plaintiff has also responded to the motion proposing an alternative resolution.  (Doc. 105).

Upon consideration, the motion (Doc. 102) is **GRANTED in part**.  Within thirty (30) days of the date of this Order, Jean Sledge and the NCT Group shall produce or otherwise

permit the inspection and copying of all non-privileged matter subject to the subpoena in a manner and at a location agreed to by counsel for Janet Stuart and GrayRobinson, P.A., and counsel for Jean Sledge and NCT Group. For all matters withheld on the basis of the accountant-client privilege, a privilege log adequate to satisfy the requirements of Fed. R. Civ. P. 26(b)(5) shall be prepared and provided at the same time. Thereafter, the court will address objections to the claim of privilege as to specific matters on a subsequent motion.

**Done and Ordered** in Tampa, Florida, this 25th day of August 2006.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record