UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**HOWARD LITTELL,**

    **Plaintiff,**

**v.**                                          **Case No. 8:03-cv-2539-T-17TBM**

**JOHNNIE B. BYRD, et al.,**

    **Defendants.**
_____/

**O R D E R**

    THIS MATTER is before the court on **Defendants Janet Stuart and Gray Robinson, P.A.'s Second Motion to Compel NCT Group CPA's, L.L.P. and Jean Sledge; Request for In Camera Inspection; and Memorandum in Support** (Doc. 114). By their motion, Defendants request that the court conduct an *in camera* inspection of documents identified on the privilege log created by non-parties Jean Sledge, CPA and/or the NCT Group CPA's, L.L.P. (hereinafter "NCT") to determine whether the documents are subject to Florida's accountant-client privilege and thereafter compel Ms. Sledge and NCT to produce all documents not subject to the privilege.[1]  Ms. Sledge and NCT respond that they recently have produced additional documents and an amended privilege log. They do not object to Defendants' request for an *in camera* inspection.

---

[1] These documents were sought in accordance with a subpoena duces tecum issued on November 16, 2005.

Upon consideration, the court defers ruling on Defendants' motion to compel pending an *in camera* review of the documents identified on the amended privilege log.[2] Documents necessary for the court's review shall be submitted to chambers by December 15, 2006. In order to facilitate this review, Ms. Sledge and NCT are directed to file a written notice at the time of the submission identifying the "additional documents" they recently produced, as well as any documents Ms. Sledge and NCT may produce prior to the *in camera* submission. Ms. Sledge and NCT shall also address in the notice to the court whether the documents identified in Defendant's instant motion, see (Doc. 114 at 8-9) have been produced.

**Done and Ordered** in Tampa, Florida, this 9th day of November 2006.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record

---

[2] The amended privilege log is attached to the non-parties' response (Doc. 115 at 9-21).