**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HOWARD LITTELL,**

    **Plaintiff,**

**v.**                                                         **Case No. 8:03-cv-2539-T-17TBM**

**JOHNNIE B. BYRD, et al.,**

    **Defendants.**
_____/

**O R D E R**

THIS MATTER is before the court on **Defendants Janet Stuart and Gray Robinson, P.A.'s Second Motion to Compel NCT Group CPA's, L.L.P. and Jean Sledge** and **Request for In Camera Inspection** (Doc. 114) and the response of NCT Groups and Jean Sledge (Doc. 115). In accordance with the court's order of November 9, 2006 (Doc. 116), the court has conducted an *in camera* review of the disputed documents as identified in the second amended privilege log of NCT Group (Doc. 117).

Except for the documents listed in the attached appendix, the claim of privilege is sustained and the documents need not be produced at present. As for the listed documents, the court needs additional information or arguments. This matter will be calendared for hearing by separate notice. At the hearing, the court will address its concerns and, if

necessary, conduct a further *in camera* hearing with NCT Group and Jean Sledge. Ms. Sledge, or a representative of NCT Group familiar with the substance of these documents, shall attend the proceedings to answer any questions the court may have.

**Done and Ordered** in Tampa, Florida, this 9th day of May 2007.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record

# APPENDIX

Bates No. (s)

NCT-000002-0003
NCT-000023
NCT-000030
NCT-000045 thru NCT-000048
NCT-000049 thru NCT-000051
NCT-000055
NCT-000058
NCT-000071 thru NCT-000107
NCT-000189 thru NCT-000191
NCT-000210 thru NCT-000580
NCT-000581 thru NCT-000588
NCT-000591 thru NCT-000601
NCT-000602
NCT-000791 thru NCT-000796
NCT-000805 thru NCT-000809
NCT-000811
NCT-000827
NCT-000860 thru NCT-000864
NCT-000867 thru NCT-000870
NCT-000872 thru NCT-000873
NCT-000877 thru NCT-000878
NCT-000882 thru NCT-000883
NCT-000887 thru NCT-000896
NCT-000897 thru NCT-000898
NCT-000900 thru NCT-000903
NCT-000906 thru NCT-000935
NCT-000959
NCT-000972 thru NCT-000974
NCT-001178 thru NCT-001180
NCT-001181 thru NCT-001182
NCT-001184
NCT-001187 thru NCT-001276
NCT-001468
NCT-001473 thru NCT-001479
NCT-001480 thru NCT-001510
NCT-001587 thru NCT-001668
NCT-001684 thru NCT-001706
NCT-001772 thru NCT-001786

NCT-001791 thru NCT-001854
NCT-001864 thru NCT-001865
NCT-001866 thru NCT-001867
NCT-001868 thru NCT-001869
NCT-001870 thru NCT-001885
NCT-001923 thru NCT-001926
NCT-001936 thru NCT-002032
NCT-002045 thru NCT-002080
NCT-002113 thru NCT-002156
NCT-002187 thru NCT-002218
NCT-002454
NCT-002491
NCT-002505 thru NCT-002518
NCT-002520
NCT-002526
NCT-002527
NCT-002547 thru NCT-002548
NCT-002549 thru NCT-002551
NCT-002554 thru NCT-002562
NCT-002572 thru NCT-002579
NCT-002580 thru NCT-002603
NCT-002608
NCT-002610 thru NCT-002612