IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
(TAMPA DIVISION)

HOWARD LITTELL,

    Plaintiff,

v.

Case No.: 8:03-CV-2539-T-17TBM

JOHNNIE B. BYRD, JR., TRINKLE, MOODY
SWANSON, BYRD AND COTON, P.A.,
JANET STUART, and GRAYROBINSON, P.A.

    Defendants.
_____\

## DEFENDANTS', GRAYROBINSON, P.A. and JANET STUART, NOTICE OF SERVICE OF PROPOSAL FOR SETTLEMENT TO PLAINTIFF

Defendants GrayRobinson, P.A. and Janet Stuart hereby give Notice of Service of their Proposal for Settlement to Plaintiff in accordance with Rule 68 of the Federal Rules of Civil Procedure, Rule 1.442, Florida Rules of Civil Procedure and Section 768.79, Florida Statutes.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___11th___ day of May, 2009 I electronically filed Defendants', GrayRobinson, P.A. and Janet Stuart, Notice of Service of Proposal for Settlement with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Warren R. Trazenfeld, Esq., Warren R. Trazenfeld, P.A., Bayview Executive Plaza, 3225 Aviation Avenue, Suite 600, Miami, FL 33133-4741, and Thomas Saieva, Esq., Saieva, Rousselle & Stine, P.A., 600 N. Willow Avenue, Suite 102, Tampa, FL 33606.

                BUSH, AUGSPURGER & LYNCH, P.A.

                s/ Patricia A. Lynch
                PATRICIA A. LYNCH, FL Bar No. 512761
                411 E. Jackson Street
                Orlando, Florida 32801
                (407) 422-5319
                (407) 849-1821 - FAX
                pal@bushlawgroup.com

2

RICHARD B. BUSH, FL Bar No. 0294152
3375-C Capital Circle NE, Ste 200
Tallahassee, Florida 32308
(850) 386-7666
(850) 386-1376 - FAX
Attorneys for Defendants,
Janet Stuart and GrayRobinson, P.A.